# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )  Case No. 3:17CR171-4(MPS) |
| | ) |
| DeJuan Ward | ) |

## ORDER REDUCING TERM OF SUPERVISED RELEASE

In light of the defendant DeJuan Ward's successful completion and graduation from the United States District of Connecticut's Reentry Court program, the Court MODIFIES the term of supervised release to reduce it by one year to a term of two (2) years of supervised release. Given this reduction, Mr. Ward's supervised release will now conclude on March 26, 2025.

IT IS SO ORDERED.

/s/
Michael P. Shea, U.S.D.J.

Dated: Hartford, Connecticut
October 10, 2024